UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-21319-CIV-GOLD/McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH R. EDOUARD,

    Defendant.
_____/

**ORDER RESETTING TRIAL DATE AND SCHEDULING ORAL ARGUMENT**

This Cause came before the Court *sua sponte*, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED,

1. The Trial is *rescheduled* to commence for the two week trial period beginning, **Monday, January 19, 2009**, before the Honorable Alan S. Gold, United States District Judge, 400 N. Miami Ave., Courtroom 11-1, Miami, Florida 33128. The Calendar Call is rescheduled to **January 14, 2009 at 1:30 p.m.**

2. Oral argument on the Motion for Summary Judgment is set **for December 12, 2008 at 3:00 p.m.**

3. All requirements in the Court's previous Scheduling Order, not revised herein, or by court order, shall remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of September, 2008.

                                                      **ALAN S. GOLD**
                                                    **UNITED STATES DISTRICT JUDGE**

Copies furnished:
All counsel of record
Joseph Edourd [via us mail from chambers]
10519 Pinetree Terrace
Boynton Beach, FL 33436